## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____

ANNIE M. HESTER,

     Plaintiff,

v.                                                    Case No. 14-50315

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

## ORDER DENYING PLAINTIFF'S REQUEST
## FOR PERMISSION TO FILE COMPLAINT

On September 2, 2009, the Honorable Thomas L. Ludington barred Plaintiff from filing any further actions against the Commissioner of Social Security in the Eastern District of Michigan unless she receives written permission from the court.  (Case No. 08-14575, Dkt. # 15.)  Plaintiff had already filed three actions against the Commissioner, and Judge Ludington explained that the court lacked subject matter jurisdiction over such claims and that res judicata barred the claims.  Nonetheless, Plaintiff proceeded to file five subsequent complaints against the Commissioner.  In each instance the court denied Plaintiff permission to file a complaint.

Plaintiff has, yet again, sought leave to file a complaint against the Commissioner.  Similar to her previous complaints, the present one lists general grievances about the rulings in her past suits against the Commissioner.  As has already been stated in dismissing Plaintiff's numerous previous complaints, the court lacks subject matter jurisdiction over Plaintiff's claims, and res judicata bars the claims.

Plaintiff does not offer a sufficient reason for the court to grant her permission to file another complaint against the Commissioner.  Accordingly,

IT IS ORDERED that Plaintiff's March 7, 2014 request for permission to file suit against the Commissioner of Social Security [Dkt. # 1] is DENIED.

 s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  March 13, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 13, 2014, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

3/13/14:S:\Cleland\JUDGE'S DESK\C1 ORDERS\14-50315.HESTER.DenyPRequestFileComplaint.rljr.wpd